# EXHIBIT B

**Joel Brenner IRA**
**FIFO/LIFO Losses in Ferrellgas Partners, LP.**
CP: December 10, 2014 to September 28, 2016
Retained shares valued at         $8.72

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/14/2015 | 5,000 | $22.91 | $114,541.50 | Sale* | 10/4/2016 | 13,000 | $10.95 | $142,317.50 |
| Purchase | 8/24/2015 | 5,000 | $20.86 | $104,290.00 | | | | | |
| Purchase | 9/8/2015 | 3,000 | $21.40 | $64,200.00 | | | | | |
| | | 13,000 | | $283,031.50 | | | 13,000 | | $142,317.50 |
| | | | | | | | | FIFO/LIFO loss: | ($140,714.00) |

*Post class sale price adjusted to average set-off price through date of sale.

**Joel Brenner MPP Plan & Trust**
**FIFO/LIFO Losses in Ferrellgas Partners, LP.**
CP: December 10, 2014 to September 28, 2016
Retained shares valued at         $8.72

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/8/2015 | 2,000 | $21.37 | $42,742.00 | Sale* | 10/4/2016 | 2,000 | $10.95 | $21,895.00 |
| | | 2,000 | | $42,742.00 | | | 2,000 | | $21,895.00 |
| | | | | | | | | FIFO/LIFO loss: | ($20,847.00) |

*Post class sale price adjusted to average set-off price through date of sale.

**Lazy Dogs Partnership, LLLP**
**FIFO/LIFO Losses in Ferrellgas Partners, LP.**
CP: December 10, 2014 to September 28, 2016
Retained shares valued at             $8.72

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/28/2015 | 1,000 | $21.03 | $21,030.00 | Retained | | 27,000 | $8.72 | $235,469.70 |
| Purchase | 9/28/2015 | 2,000 | $21.01 | $42,020.00 | | | | | |
| Purchase | 9/28/2015 | 2,000 | $20.93 | $41,860.00 | | | | | |
| Purchase | 9/28/2015 | 2,000 | $20.90 | $41,800.00 | | | | | |
| Purchase | 9/28/2015 | 2,000 | $20.83 | $41,660.00 | | | | | |
| Purchase | 9/29/2015 | 550 | $20.75 | $11,412.50 | | | | | |
| Purchase | 9/29/2015 | 400 | $20.74 | $8,296.00 | | | | | |
| Purchase | 9/29/2015 | 400 | $20.73 | $8,292.00 | | | | | |
| Purchase | 9/29/2015 | 250 | $20.65 | $5,162.50 | | | | | |
| Purchase | 9/29/2015 | 400 | $20.63 | $8,252.00 | | | | | |
| Purchase | 9/29/2015 | 1,000 | $20.51 | $20,510.00 | | | | | |
| Purchase | 9/29/2015 | 2,000 | $20.50 | $41,000.00 | | | | | |
| Purchase | 9/29/2015 | 1,000 | $20.40 | $20,400.00 | | | | | |
| Purchase | 9/30/2015 | 1,000 | $19.54 | $19,540.00 | | | | | |
| Purchase | 9/30/2015 | 1,000 | $19.50 | $19,500.00 | | | | | |
| Purchase | 9/30/2015 | 1,000 | $19.45 | $19,450.00 | | | | | |
| Purchase | 11/16/2015 | 1,000 | $19.80 | $19,800.00 | | | | | |
| Purchase | 12/1/2015 | 2,000 | $20.72 | $41,440.00 | | | | | |
| Purchase | 12/2/2015 | 2,000 | $20.52 | $41,040.00 | | | | | |
| Purchase | 12/3/2015 | 2,000 | $20.01 | $40,025.00 | | | | | |
| Purchase | 12/7/2015 | 2,000 | $18.98 | $37,965.00 | | | | | |
| | | 27,000 | | $550,455.00 | | | 27,000 | | $235,469.70 |

*FIFO/LIFO loss:*   ($314,985.30)

**Kevin Gaberlavage Account 1**
**FIFO/LIFO Losses in Ferrellgas Partners, LP.**
CP: December 10, 2014 to September 28, 2016
Retained shares valued at                    $8.72

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/27/2016 | 5,000 | $20.52 | $102,589.50 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 600 | $20.43 | $12,258.00 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 4,400 | $20.43 | $89,892.00 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 5,000 | $20.34 | $101,700.00 | Sale | 7/8/2016 | 355 | $19.08 | $6,773.40 |
| Purchase | 5/31/2016 | 1 | $20.19 | $20.19 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 152 | $20.19 | $3,068.88 | Sale | 7/8/2016 | 165 | $19.08 | $3,148.20 |
| Purchase | 5/31/2016 | 2,298 | $20.19 | $46,396.62 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 2,549 | $20.19 | $51,464.31 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 1,500 | $20.00 | $29,997.15 | Sale | 7/8/2016 | 100 | $19.08 | $1,908.00 |
| Purchase | 5/31/2016 | 1,000 | $20.00 | $19,999.90 | Sale | 7/8/2016 | 780 | $19.08 | $14,882.40 |
| Purchase | 5/31/2016 | 300 | $19.87 | $5,961.00 | Sale | 7/29/2016 | 1,400 | $19.50 | $27,300.00 |
| Purchase | 5/31/2016 | 1,200 | $19.87 | $23,844.00 | Sale | 7/29/2016 | 1,373 | $19.60 | $26,910.80 |
| Purchase | 6/3/2016 | 200 | $19.33 | $3,866.00 | Sale | 7/29/2016 | 27 | $19.60 | $529.20 |
| Purchase | 6/3/2016 | 400 | $19.31 | $7,724.00 | Retained | | 28,000 | $8.72 | $244,190.80 |
| Purchase | 6/3/2016 | 800 | $19.33 | $15,464.00 | | | | | |
| Purchase | 6/3/2016 | 1,400 | $19.33 | $27,061.86 | | | | | |
| Purchase | 6/8/2016 | 1,000 | $17.75 | $17,748.20 | | | | | |
| Purchase | 6/8/2016 | 1,000 | $18.21 | $18,210.00 | | | | | |
| Purchase | 9/13/2016 | 500 | $17.98 | $8,991.45 | | | | | |
| Purchase | 9/13/2016 | 500 | $18.00 | $8,997.95 | | | | | |
| Purchase | 9/13/2016 | 1,000 | $18.19 | $18,189.00 | | | | | |
| Purchase | 9/13/2016 | 1,000 | $18.43 | $18,434.10 | | | | | |
| Purchase | 9/15/2016 | 500 | $17.55 | $8,776.95 | | | | | |
| Purchase | 9/16/2016 | 500 | $16.92 | $8,458.95 | | | | | |
| | | 32,800 | | $649,114.01 | | | 32,800 | | $337,090.80 |

*FIFO/LIFO loss:*   ($312,023.21)

**Kevin Gaberlavage Account 2**
**FIFO/LIFO Losses in Ferrellgas Partners, LP.**
Transaction
Retained shares valued at                    $8.72

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/27/2016 | 300 | $20.82 | $6,245.99 | Sale | 7/8/2016 | 300 | $19.16 | $5,747.90 |
| | | 300 | | $6,245.99 | | | 300 | | $5,747.90 |

*FIFO/LIFO loss:*   ($498.09)

**Susan Batai**
**FIFO/LIFO Losses in Ferrellgas Partners, LP.**
CP: December 10, 2014 to September 28, 2016
Retained shares valued at             $8.72

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/10/2016 | 20,000 | $16.20 | $324,074.00 | Retained | | 41,750 | $8.72 | $364,105.93 |
| Purchase | 3/9/2016 | 21,750 | $17.23 | $374,752.50 | | | | | |
| | | 41,750 | | $698,826.50 | | | 41,750 | | $364,105.93 |

*FIFO/LIFO loss:*   ($334,720.58)