## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FERRELLGAS PARTNERS, L.P. SECURITIES LITIGATION | Civil Case No. 16-cv-07840 (RJS) (JLC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Thomas J. Giblin dated May 19, 2017, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of all Defendants, before the Honorable Richard J. Sullivan in Courtroom 905 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, for an order dismissing the Consolidated Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE, that in accordance with the Order entered November 14, 2016 [Dkt. 11], Lead Plaintiff's opposition submission, if any, shall be served and filed no later than July 18, 2017.

Dated: May 19, 2017
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jamie L. Wine
Miles N. Ruthberg
Jamie L. Wine
Thomas J. Giblin
885 Third Avenue
New York, New York 10022
(212) 906-1200
miles.ruthberg@lw.com
jamie.wine@lw.com
thomas.giblin@lw.com

*Attorneys for Defendants Ferrellgas Partners, L.P., Ferrellgas, Inc., Stephen L. Wambold, and Julio E. Rios II*