UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE FERRELLGAS PARTNERS, L.P. SECURITIES LITIGATION | Case No. 1:16-cv-07840-RJS |
|---|---|
| | **NOTICE OF APPEAL** |

Notice is hereby given that Lead Plaintiffs, Susan Batai, Joel Brenner, individually and as trustee for the Joel Brenner MPP Plan & Trust, Kevin Gaberlavage, and Lazy Dogs partnership LLLP, individually and on behalf of the putative Class in the above-captioned action, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order, dated March 30, 2018 and entered on April 2, 2018 (ECF No. 76), that dismissed the Consolidated Amended Class Action Complaint with prejudice. Pursuant to the foregoing Memorandum and Order, judgment was signed by the Clerk of the Court on March 30, 2018 and entered on April 2, 2018 (ECF No. 77).

Dated: April 30, 2018

Respectfully submitted,

**KESSLER TOPAZ MELTZER
 & CHECK LLP**

By: */s/ Johnston de F. Whitman, Jr.*
Johnston de F. Whitman, Jr.
Kimberly A. Justice (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jwhitman@ktmc.com
kjustice@ktmc.com

*Lead Counsel for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated: April 30, 2018

                                                */s/Johnston de F. Whitman, Jr.*
                                                Johnston de F. Whitman, Jr.